UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

|  |  |
|---|---|
| LEGACY ROOFING SERVICES LLC, | CASE NO. 1:23-cv-01341 |
| Plaintiff, | ORDER [Resolving Doc. 14] |
| v. |  |
| MICHAEL FUSCO, et al., |  |
| Defendants. |  |

JAMES S. GWIN, UNITED STATES DISTRICT COURT JUDGE:

On September 12, 2023, the Court granted Plaintiff Legacy Roofing Services LLC's motion for expedited discovery to support its preliminary injunction motion.[1] Now, Defendants seek expedited discovery to defend themselves against the preliminary injunction motion.[2] Having already permitted Plaintiff to take discovery, the Court **GRANTS** Defendants' motion so that Defendants can develop a complete defense.

Defendants may serve the proposed discovery that they attached to their motion for expedited discovery[3] and may take one 30(b)(6) deposition. Plaintiff shall serve responses and objections on Defendants by **October 2, 2023**. Other than the deadline for Plaintiff's responses, the same deadlines and conditions that the Court outlined in its September 12 order will apply to Defendants' discovery.

---

[1] Doc. 13.
[2] Doc. 14.
[3] Doc. 14-1.

Case No. 1:23-cv-01341
GWIN, J.

    IT IS SO ORDERED.

Dated: September 20, 2023                    *s/     James S. Gwin*
                                                                   JAMES S. GWIN
                                                                   UNITED STATES DISTRICT JUDGE